**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 3:17-CV-163-TBR**

LARRY PALMER                                                                    PLAINTIFF

V.

CREDIT ONE BANK, N.A.
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION, LLC                                                          DEFENDANTS

## *ORDER OF DISMISSAL*

Plaintiff filed a Notice of Voluntary Dismissal.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.

cc: Counsel